# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | | |
|---|---|---|
| CULP, INC. | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:05CV00188 |
| OFFICEMAX INCORPORATED, OFFICEMAX CONTRACT, INC., and OFFICEMAX NORTH AMERICA, INC. | ) ) ) ) ) | |
| Defendants. | | |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

The Court, having considered the Joint Motion for Entry of Consent Judgment and Permanent Injunction, grants such Joint Motion.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that:

1. OfficeMax Incorporated; OfficeMax Contract, Inc.; and OfficeMax North America, Inc. (collectively "Defendants"), as well as any parent company(s), affiliates, and subsidiaries and their respective officers, agents, servants, and employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are permanently RESTRAINED and ENJOINED from the use in connection with the sale, offering for sale, distribution or advertising of their house brand goods incorporating the Culp, Inc. copyrighted fabric design "Kinship" as evidenced in United States Copyright Registration VAU 613-548.

2. The causes of action of the Plaintiff in the Verified Complaint are dismissed with prejudice. This Judgment shall not have any res judicata, collateral estoppel, or other preclusive

effect over any issues or causes of action other than the causes of action pled in Plaintiffs Verified Complaint.

    3.    Each party is to bear its own costs and attorneys fees in this matter

    4.    This action is dismissed.

This the day of May 4, 2006

      /s/ N. Carlton Tilley, Jr.
United States District Judge